Case 1:05-cv-00642-REB-MJW   Document 30-2   Filed 11/22/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00642 REB-MJW

TOM LABRECQUE AND
BRIAN SYDNES,

    Plaintiffs,

v.

L-3 COMMUNICATION TITAN CORPORATION
f/k/a TITAN CORPORATION, a Delaware corporation, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

### ORDER GRANTING MOTION TO AMEND CAPTION
### ( Docket No. 30 )

THE COURT having been fully apprised of the Motion to Amend Caption hereby

GRANTS Defendant Titan Corporation request and all future pleadings shall be

captioned Tom Labrecque and Brian Sydnes v. L-3 Communication Titan Corporation

f/k/a Titan Corporation, a Delaware corporation and The United States of America.

Dated this 23rd day of November, 2005.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1