IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00642-REB-MJW

TOM LaBRECQUE, et al.,

Plaintiff(s),

v.

L-3 COMMUNICATION TITAN CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order Re: Discovery and Dispositive Motion Deadlines (document 70) is GRANTED. The discovery deadline is extended to February 2, 2007. The dispositive motion deadline is extended to March 2, 2007.

Date: December 28, 2006