UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0642-REB-MJW

TOM LaBRECQUE; and
BRIAN SYDNES,

        Plaintiffs,

v.

L-3 COMMUNICATION TITAN CORPORATION, f/k/a TITAN CORPORATION, a Delaware corporation; and,
THE UNITED STATES OF AMERICA,

        Defendants.

---

## MINUTE ORDER
(Docket # 77)

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' and Defendant L-3 Communication Titan Corporation's Motion to Amend the Scheduling Order as to the Discovery Deadline (Docket # 77) is GRANTED. The discovery deadline is extended to February 16, 2007.

Date: February 5th, 2007

00253393.WPD1