IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00642-REB-MJW

TOM LaBRECQUE, et al.,

Plaintiff(s),

v.

L-3 COMMUNICATION TITAN CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Plaintiffs' Opposed Motion for Protective Order (docket no. 74) is **DENIED** for the following reasons. It is undisputed that on December 8, 2006, the Friday before Plaintiff Brian Sydnes' scheduled deposition, Plaintiffs' counsel served Plaintiffs' Third Supplemental Disclosure on AUSA William Pharo and local counsel for L-3 Titan, Steven York, Esquire. This Third Supplemental Disclosure contained roughly 900 pages of documents in CD format. In addition, lead counsel Jonathan Kitchen and Ali Hamidi were given the contents of this CD on the afternoon of December 11, 2006, at the Settlement Conference that was conducted by Magistrate Judge Watanabe. On December 12, 2006, counsel for L-3 Titan began the deposition of Plaintiff Brian Sydnes and questioned him for approximately five (5) hours. During this deposition, Plaintiffs' counsel provided another disclosure entitled Plaintiffs' Fourth Supplemental Disclosure containing emails between the Department of Defense General Inspector's Office and the Air Force dated April 2003 to April 2005. Under these facts, this court finds that Plaintiffs have caused the delay in completing the deposition of Plaintiff Brian Sydnes by the late disclosures of the above information, and Defendant L-3 Titan did not have the time prior to Plaintiff Brian Sydnes' deposition to review such late disclosures.

     It is FURTHER ORDERED that the parties shall meet and confer forthwith and reset the deposition of Plaintiff Brian Sydnes. The deposition of Plaintiff Brian Sydnes shall take place in Colorado unless the parties can agree to take such deposition via video teleconference. Such deposition shall be completed by March 12, 2007. The Defendant L-3 Titan shall have an additional five (5) hours to complete the deposition of Plaintiff Brian Sydnes. Each party shall pay their own attorney fees and costs for the subject motion.

Date: February 28, 2007