**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00642-REB-MJW

TOM LaBRECQUE, and
BRIAN SYDNES,

    Plaintiffs,

v.

L3 COMMUNICATION TITAN CORPORATION, a Delaware corporation,
f/k/a TITAN CORPORATION, a Delaware corporation; and
THE UNITED STATES OF AMERICA,

    Defendant.

---

**SUPPLEMENT TO ORDER CONCERNING
MOTIONS FOR SUMMARY JUDGMENT**

---

**Blackburn, J.**

This matter is before the court *sua sponte*. On March 16, 2007, I issued an order [#122], which, *inter alia*, denied **Defendant L-3 Communication Titan Corporation's Motion for Summary Judgment**, as to the plaintiffs' claim of wrongful discharge in violation of public policy.  At the Trial Preparation Conference held on May 18, 2007, counsel for Titan inquired whether the court specifically had determined that the rule, directive, and Executive Order on which the plaintiffs rely as bases for their wrongful discharge claim are legally sufficient bases for that claim.  Alternatively, counsel for Titan inquired whether the sufficiency of these asserted bases for the plaintiffs' wrongful discharge claim would be a factual issue to be determined by the jury.

I find and conclude that the rule, directive, and Executive Order at issue here are public policies that are legally sufficient bases for the plaintiffs' wrongful discharge claim under Colorado law because the rule, directive, and Executive Order meet the requirements stated in *Rocky Mountain Hospital and Medical Service v. Mariani*, 916 P.2d 519, 525 (Colo. 1996). Further, I find and conclude that the determination of whether a particular public policy properly may support a claim for wrongful discharge is a pure issue of law to be determined by the court. *Crawford Rehabilitation Services, Inc. v. Weissman*, 938 P.2d 540 (Colo. 1997); *CJI-Civ. 4th* 31:12, n. 7.

**THEREFORE, IT IS ORDERED** that my **ORDER CONCERNING MOTIONS FOR SUMMARY JUDGMENT** [#122], filed May 16, 2007, is **SUPPLEMENTED** with the findings and conclusions stated in this order.

Dated May 20, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**