**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00642-REB-MJW

TOM LaBRECQUE, and
BRIAN SYDNES,

     Plaintiffs,

v.

TITAN CORPORATION, a Delaware corporation,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matter comes before the court on the **Plaintiffs' Motion *In Limine* to Exclude Evidence of Protected Disclosure at Subsequent Employment** [#128], filed May 25, 2007.  The motion is **STRICKEN** for failure to file the motion in the time required by REB Civ. Practice Standard V.G.2.

Dated:  May 29, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.