**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00642-REB-MJW

TOM LaBRECQUE, and
BRIAN SYDNES,

      Plaintiffs,

v.

TITAN CORPORATION, a Delaware corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter comes before the court on the **Stipulation of Dismissal of All Claims With Prejudice** [#135], filed June 15, 2007.  After careful review of the stipulation and the file the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal of All Claims With Prejudice** [#135], filed June 15, 2007, is **APPROVED**; and

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated June 19, 2007, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn
United States District Judge**